Case No:   09-39031
Debtor(s):   **Robert Ferguson**
             **Pamela Ferguson**

## Plan Summary and Statistical Cover Sheet to Proposed Plan

Date:   **11/30/2009**
(Date Should be Date that this Proposed Plan is Signed by Debtor)

### Disposable Income and Plan Payments

| Projected Schedule "I" Income (as shown on most recently filed Schedule I) | Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | Projected Disposable Income | Beginning Month #* | Ending Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | 1 (Dec 09) | 60 (Nov 14) | $925.00 | $55,500.00 |
| | | | | | Grand Total | $55,500.00 |
| | | | | | Less Posted Chapter 13 Trustee Fee** | $2,913.60 |
| | | | | | Net Available | $52,586.40 |

### Projected Trustee Disbursements to Priority and Secured Creditors

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **Keeling Law Firm** None | Priority | 0.00% | 1 | 16 | Pro-Rata | $2,810.00 |
| **Keeling Law Firm - Discharge** None | Priority | 0.00% | 50 | 51 | Pro-Rata | $100.00 |
| **Citimortgage Inc** Homestead - Regular Payment | Principal Res. (Arrearage) | 0.00% | 1 | 60 | $699.10 | $41,946.00 |
| **Citimortgage Inc** Homestead - Arrears | Principal Res. (Arrearage) | 0.00% | 16 | 50 | Pro-Rata | $6,000.00 |
| | | | | | Grand Total | $50,856.00 |

### SUMMARY OF PAYMENTS

| | |
|---|---|
| Net Available to Creditors | $52,586.40 |
| Less Estimated Attorneys' fees | $2,910.00 |
| Less Total to Priority Creditors | $0.00 |
| Less Total to Secured Creditors | $47,946.00 |
| Net Available for Unsecured Creditors | $1,730.40 |
| Estimated General Unsecured Claims | $27,918.81 |
| Forecast % Dividend on General Unsecured Claims | 6% |

### BEST INTEREST TEST

| | |
|---|---|
| Value of total non-exempt property | $0.00 |
| Total distributions to all priority and general unsecured creditors | $4,640.40 |

\* If filed in connection with a modification, the first month listed must be the first month in which the debtor was required to make a payment after filing the bankruptcy petition. All previous payments and proposed payments must be included.

\*\* The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.