B6A (Official Form 6A) (12/07)

In re  **Robert Ferguson**                               Case No.   **09-39031-H5-13**
         **Pamela Ferguson**                                                  (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 5327 Willomine Way, Houston, Texas 77045<br>E 29.5 FT OF LT 3 & W 33.5 FT<br>OF LT 4 BLK 7<br>IN HARRIS COUNTY TEXAS | Homestead | C | $82,868.00 | $45,640.20 |
| | | Total: | $82,868.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Robert Ferguson**          Case No.  **09-39031-H5-13**
     **Pamela Ferguson**
                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account Chase Bank #5036 | C | $41.52 |
| | | Checking account Compass #7791 | C | $15.95 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | sofa | C | $150.00 |
| | | love seat | C | $100.00 |
| | | 2 dvd players | C | $100.00 |
| | | entertainment center | C | $70.00 |
| | | rug | C | $50.00 |
| | | 2 TVs | C | $200.00 |
| | | stereo | C | $45.00 |
| | | kitchen table w/chairs | C | $45.00 |
| | | china cabinet | C | $200.00 |
| | | flatware | C | $80.00 |
| | | pots & pans | C | $150.00 |
| | | dishes & glasses | C | $85.00 |
| | | 2 beds | C | $75.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Robert Ferguson**                    Case No. **09-39031-H5-13**
      **Pamela Ferguson**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | dresser | C | $110.00 |
| | | armoires | C | $50.00 |
| | | night stand | C | $60.00 |
| | | lamps | C | $25.00 |
| | | refrigerator | C | $50.00 |
| | | stove | C | $60.00 |
| | | dish washer | C | $75.00 |
| | | washer | C | $50.00 |
| | | dryer | C | $50.00 |
| | | freezer | C | $75.00 |
| | | microwave | C | $20.00 |
| | | vacuum cleaner | C | $10.00 |
| | | desk | C | $50.00 |
| | | computer | C | $150.00 |
| | | lawn mower | C | $40.00 |
| | | tools | C | $275.00 |
| | | patio furniture | C | $80.00 |
| | | BBQ pit | C | $240.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Robert Ferguson**
**Pamela Ferguson**

Case No. **09-39031-H5-13**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books & pictures | C | $250.00 |
| | | mirror | C | $20.00 |
| 6. Wearing apparel. | | clothing | C | $250.00 |
| 7. Furs and jewelry. | | 2 watches | C | $75.00 |
| | | costume jewelry | C | $50.00 |
| | | fine jewelry | C | $250.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | 12 gauge shotgun | C | $260.00 |
| | | camping equipment | C | $100.00 |
| | | fish tank | C | $25.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert Ferguson**                                    Case No.  **09-39031-H5-13**_____
       **Pamela Ferguson**                                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | 401(k) | C | $20,000.00 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert Ferguson**                                    Case No.  **09-39031-H5-13**
       **Pamela Ferguson**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Ford F-150 Mileage: 36,000 | C | $18,025.00 |
| | | 1997 Ford F-150 Mileage: 250,000 | C | $3,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert Ferguson**                                   Case No.  **09-39031-H5-13**
       **Pamela Ferguson**                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 dogs & 4 fish | C | $40.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached                    **Total >**   **$45,722.47**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Robert Ferguson**                                         Case No.   **09-39031-H5-13**
     **Pamela Ferguson**                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 5327 Willomine Way, Houston, Texas 77045 E 29.5 FT OF LT 3 & W 33.5 FT OF LT 4 BLK 7 IN HARRIS COUNTY TEXAS | 11 U.S.C. § 522(d)(1) | $37,227.80 | $82,868.00 |
| Checking account Chase Bank #5036 | 11 U.S.C. § 522(d)(5) | $41.52 | $41.52 |
| Checking account Compass #7791 | 11 U.S.C. § 522(d)(5) | $15.95 | $15.95 |
| sofa | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| love seat | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 2 dvd players | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| entertainment center | 11 U.S.C. § 522(d)(3) | $70.00 | $70.00 |
| rug | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 2 TVs | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| stereo | 11 U.S.C. § 522(d)(3) | $45.00 | $45.00 |
| kitchen table w/chairs | 11 U.S.C. § 522(d)(3) | $45.00 | $45.00 |
| china cabinet | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| flatware | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| | | $38,325.27 | $83,965.47 |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Robert Ferguson**                                Case No.   **09-39031-H5-13**
      **Pamela Ferguson**                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| pots & pans | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| dishes & glasses | 11 U.S.C. § 522(d)(3) | $85.00 | $85.00 |
| 2 beds | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| dresser | 11 U.S.C. § 522(d)(3) | $110.00 | $110.00 |
| armoires | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| night stand | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| lamps | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| refrigerator | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| stove | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| dish washer | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| washer | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| dryer | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| freezer | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| microwave | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| vacuum cleaner | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| desk | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| computer | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| lawn mower | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| tools | 11 U.S.C. § 522(d)(3) | $275.00 | $275.00 |
|  |  | **$39,785.27** | **$85,425.47** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Robert Ferguson**
      **Pamela Ferguson**

Case No.   **09-39031-H5-13**
              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| patio furniture | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| BBQ pit | 11 U.S.C. § 522(d)(3) | $240.00 | $240.00 |
| books & pictures | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| mirror | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| clothing | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $250.00<br>$0.00 | $250.00 |
| 2 watches | 11 U.S.C. § 522(d)(4) | $75.00 | $75.00 |
| costume jewelry | 11 U.S.C. § 522(d)(4) | $50.00 | $50.00 |
| fine jewelry | 11 U.S.C. § 522(d)(4) | $250.00 | $250.00 |
| 12 gauge shotgun | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $260.00<br>$0.00 | $260.00 |
| camping equipment | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $100.00<br>$0.00 | $100.00 |
| fish tank | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $25.00<br>$0.00 | $25.00 |
| 401(k) | 11 U.S.C. § 522(d)(12)<br>11 U.S.C. § 522(d)(5) | $20,000.00<br>$0.00 | $20,000.00 |
| 1997 Ford F-150<br>Mileage: 250,000 | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | $3,225.00<br>$275.00 | $3,500.00 |
| 3 dogs & 4 fish | 11 U.S.C. § 522(d)(5) | $40.00 | $40.00 |
| | | **$64,925.27** | **$110,565.47** |

B6D (Official Form 6D) (12/07)

In re   **Robert Ferguson**                                          Case No.   **09-39031-H5-13**
      **Pamela Ferguson**                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx4401<br><br>**Citi Auto**<br>**2208 Highway 121 Ste 100**<br>**Bedford, TX 76021** | | C | DATE INCURRED:  **10/2006**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2006 Ford F-150**<br>REMARKS:<br><br><br>VALUE:  **$18,025.00** | | | | **$25,358.00** | **$7,333.00** |
| ACCT #: xxxxxx1066<br><br>**Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | C | DATE INCURRED:  **11/1998**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Homestead - Regular Payment**<br>REMARKS:<br><br>VALUE:  **$82,868.00** | | | | **$44,133.00** | |
| ACCT #: xxxxxx1066<br><br>**Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | C | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**Homestead - Arrears**<br>REMARKS:<br><br>VALUE:  **$6,000.00** | | | | **$6,000.00** | |
| ACCT #: xxx-xxx-xxx-0004<br><br>**Leo Vasquez - Tax Assessor**<br>**P.O. Box 4622**<br>**Houston, Texas 77210-4622** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Homestead - Property taxes - (escrowed)**<br>REMARKS:<br><br>VALUE:  **$82,868.00** | | | | **$1,507.20** | |
| | | | Subtotal (Total of this Page) > | | | | **$76,998.20** | **$7,333.00** |
| | | | Total (Use only on last page) > | | | | **$76,998.20** | **$7,333.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Robert Ferguson**
    **Pamela Ferguson**

Case No.   **09-39031-H5-13**
                (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Robert Ferguson**
      **Pamela Ferguson**

Case No. __**09-39031-H5-13**_____
                   (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Keeling Law Firm**<br>**3310 Katy Freeway, Suite 200**<br>**Houston, TX 77007** | | C | DATE INCURRED: **11/27/2009**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $2,810.00 | $2,810.00 | $0.00 |
| ACCT #:<br>**Keeling Law Firm - Discharge**<br>**3310 Katy Freeway, Suite 200**<br>**Houston, TX 77007** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Motion for Discharge Fee**<br>REMARKS: | | | | $100.00 | $100.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $2,910.00 | $2,910.00 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $2,910.00 | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $2,910.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re  **Robert Ferguson**                                    Case No.  **09-39031-H5-13**
       **Pamela Ferguson**                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx9893<br>**ACS Education Services**<br>**501 Bleecker St**<br>**Utica, NY 13501-2401** | | C | DATE INCURRED:     **05/22/2007**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$14,023.00** |
| ACCT #:  xxxxxxx29-02<br>**Afni, Inc.**<br>**404 Brock Dr.**<br>**P.O. Box 3517**<br>**Bloomington, Illinois 61702-3427** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - AT&T Mobility**<br>REMARKS: | | | | **$178.12** |
| ACCT #:  xxxx0701<br>**Allied Interstate Inc**<br>**3000 Corporate Exchange Dr.**<br>**5th Floor**<br>**Columbus, Oh 43231** | | C | DATE INCURRED:     **09/2009**<br>CONSIDERATION:<br>**Collecting for - Direct Energy**<br>REMARKS: | | | | **$948.00** |
| ACCT #:  xxxxxx2172<br>**AMCA Collection Agency**<br>**2269 S. Saw Mill Rd Building 3**<br>**Elmsford, Ny 10523** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Quest Diagnostics Inc**<br>REMARKS: | | | | **$68.29** |
| ACCT #:  xxxx6244<br>**Asset Acceptance Llc**<br>**Po Box 2036**<br>**Warren, MI 48090** | | C | DATE INCURRED:     **10/2007**<br>CONSIDERATION:<br>**Collecting for - Southwestern Bell**<br>REMARKS: | | | | **$141.00** |
| ACCT #:  xxxxxxxx7034<br>**Cap One**<br>**Attn: C/O TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | C | DATE INCURRED:     **06/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$0.00** |
| | | | | | | Subtotal > | **$15,358.41** |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**7**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Ferguson**                          Case No.   **09-39031-H5-13**
         **Pamela Ferguson**                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx7767<br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | C | DATE INCURRED:  **06/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $613.00 |
| ACCT #:  xxxx2138<br>**Cavalry Portfolio**<br>**PO Box 1017**<br>**Hawthorne, NY 10532** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - AT&T/Cingular**<br>REMARKS: | | | | $169.16 |
| ACCT #:  xxxxxxxx3836<br>**Collection**<br>**Attn: Bankrutpcy Department**<br>**PO Box 10587**<br>**Greenville, SC 29603** | | C | DATE INCURRED:  **07/2007**<br>CONSIDERATION:<br>**Credit Card - Chase**<br>REMARKS: | | | | $488.00 |
| ACCT #:  xx xxxxx0107<br>**Credit Collection Services**<br>**Two Wells Avenue, Dept. 9134**<br>**Newton, MA 02459** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - AIG Insurance**<br>REMARKS: | | | | $93.96 |
| **Representing:**<br>**Credit Collection Services** | | | **AIG National Insurance Company, Inc.**<br>**PO Box 7146**<br>**Pasadena, CA 91109** | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxx6566<br>**Credit Management**<br>**4200 International Pwy**<br>**Carrolton, TX 75007** | | C | DATE INCURRED:  **08/2008**<br>CONSIDERATION:<br>**Collecting for - Comcast**<br>REMARKS: | | | | $422.38 |

Sheet no. _____1_____ of _____7_____ continuation sheets attached to                          Subtotal >          **$1,786.50**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Ferguson**      Case No. **09-39031-H5-13**
     **Pamela Ferguson**                          _____
                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx6749<br>**Credit Protection Association, L.P.**<br>P.O. Box 802068<br>Dallas, Texas 75380-2068 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Blockbuster Video**<br>REMARKS: | | | | $62.16 |
| ACCT #:  xxxx6170<br>**Diversified Credit Sys**<br>Po Box 3424<br>Longview, TX 75606 | | C | DATE INCURRED:  **05/2007**<br>CONSIDERATION:<br>**Collecting for - Kelsey Seabold Clinic**<br>REMARKS: | | | | $334.00 |
| **Representing:**<br>**Diversified Credit Sys** | | | **Kelsey Seybold Clinic**<br>**PO Box 840311**<br>**Dallas, TX 75284** | | | | **Notice Only** |
| ACCT #:  xxxxxxxx1131<br>**Encore Receivable Management, Inc.**<br>P.O. Box 3330<br>Olathe, Kansas 66063-3330 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - SBC**<br>REMARKS: | | | | $123.30 |
| ACCT #:  xxxx2372<br>**FMA Alliance Ltd.**<br>11811 North Freeway, Suite 900<br>Houston, Texas 77060 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Texas Children's Hospital**<br>REMARKS: | | | | $457.52 |
| ACCT #:  xxxx-xx-10-65<br>**Geico**<br>One Geico Boulevard<br>Fredericksburg, VA 22412 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Balance**<br>REMARKS: | | | | $22.80 |

Sheet no. ___2___ of ___7___ continuation sheets attached to          **Subtotal >**      $999.78
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Ferguson**                                          Case No.  **09-39031-H5-13**
       **Pamela Ferguson**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx9473**<br>**Gemb/jcp**<br>**Attention:  Bankruptcy**<br>**PO Box 103106**<br>**Roswell, GA 30076** | | C | DATE INCURRED:  **07/2006**<br>CONSIDERATION:  **Charge Account**<br>REMARKS: | | | | **$90.00** |
| ACCT #:  **x6796**<br>**Hall-Garcia Cardiology Association**<br>**P.O. Box 200410**<br>**Houston, TX  77216** | | C | DATE INCURRED:<br>CONSIDERATION:  **Medical Bill**<br>REMARKS: | | | | **$7.00** |
| ACCT #:<br>**Houston Electrophysiology Assoc.**<br>**6624 Fannin, Suite 1910**<br>**Houston, Texas 77030** | | C | DATE INCURRED:<br>CONSIDERATION:  **Medical Bill**<br>REMARKS: | | | | **$7.00** |
| ACCT #:  **xxxxxxxxxxx7926**<br>**Hsbc Bank**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5253**<br>**Carol Stream, IL 60197** | | C | DATE INCURRED:  **08/2006**<br>CONSIDERATION:  **Credit Card**<br>REMARKS: | | | | **$145.00** |
| ACCT #:<br>**Internal Revenue Service**<br>**Special Procedures Branch**<br>**Insolvency Section I Stop 5024 HOU**<br>**1919 Smith Street**<br>**Houston, TX 77002** | | C | DATE INCURRED:<br>CONSIDERATION:  **1040 Taxes**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:  **xxxxxxxx7003**<br>**Jefferson Capital Syst**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** | | C | DATE INCURRED:  **04/2009**<br>CONSIDERATION:  **Collecting for - Fingerhut Direct marketing**<br>REMARKS: | | | | **$110.00** |

Sheet no. _____**3**_____ of _____**7**_____ continuation sheets attached to          Subtotal >          **$2,359.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Ferguson**                                            Case No.   **09-39031-H5-13**
          **Pamela Ferguson**                                                        _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Jefferson Capital Syst** | | | **NARS** P.O. Box 701 **Chesterfield, MO 63006-0701** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx8064** **Lvnv Funding Llc** Po Box 740281 **Houston, TX 77274** | C | | DATE INCURRED:  **01/2009** CONSIDERATION: **Collecting for - HSBC Orchard** REMARKS: | | | | **$827.00** |
| ACCT #:  **xxx5196** **Medical Center Emergency Physicians** PO Box 4590 Dept 06 **Houston, TX  77210** | C | | DATE INCURRED: CONSIDERATION: **Medical Bill** REMARKS: | | | | **$467.50** |
| ACCT #:  **xxx4132** **Medical Recovery Syste** 1113 Garredd Blvd **Augusta, GA 30909** | C | | DATE INCURRED:  **08/2009** CONSIDERATION: **Medical Bill** REMARKS: | | | | **$598.00** |
| ACCT #:  **xxx4842** **Medical Recovery Syste** 1113 Garredd Blvd **Augusta, GA 30909** | C | | DATE INCURRED:  **04/2007** CONSIDERATION: **Collection Attorney** REMARKS: | | | | **$371.00** |
| ACCT #:  **xxxxxxxxxxxx6107** **National Credit Adjust** PO Box 3023 **Hutchinson, KS 67504** | C | | DATE INCURRED:  **05/2009** CONSIDERATION: **Original Creditor - Chase** REMARKS: | | | | **$811.00** |

Sheet no. _____**4**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$3,074.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Ferguson**                                          Case No.  **09-39031-H5-13**
      **Pamela Ferguson**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx4323**<br>**Nco Fin/27**<br>**Pob 7216**<br>**Philadelphia, PA 19101** | | C | DATE INCURRED:  **02/2006**<br>CONSIDERATION:<br>**Collecting for - Bank of America**<br>REMARKS: | | | | **$78.00** |
| ACCT #:  **xxxxx0250**<br>**Nco Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED:  **09/2005**<br>CONSIDERATION:<br>**Collecting for - Nationwide Insurance**<br>REMARKS: | | | | **$256.00** |
| ACCT #:  **xxxxx5280**<br>**Nco Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED:  **08/2004**<br>CONSIDERATION:<br>**Collecting for - Nationwide Insurance**<br>REMARKS: | | | | **$96.00** |
| ACCT #:  **xxxxx1433**<br>**Nco Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED:  **11/2004**<br>CONSIDERATION:<br>**Collecting for - Nationwide Insurance**<br>REMARKS: | | | | **$75.00** |
| **Representing:**<br>**Nco Financial Systems** | | | **Nationwide Insurance**<br>**10350 S Post Oak, #C1**<br>**Houston, Texas 77035** | | | | **Notice Only** |
| ACCT #:  **xxxx7994**<br>**PMAB LLC**<br>**5970 Fairview Rd  Suite 800**<br>**Charlotte, NC 28210** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Rediclinic LLC**<br>REMARKS: | | | | **$49.00** |

Sheet no. ____**5**____ of ____**7**____ continuation sheets attached to                              Subtotal >        **$554.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                          (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Ferguson**
       **Pamela Ferguson**

Case No.  **09-39031-H5-13**
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx3035**<br>**Shell Oil / Citibank**<br>**Attn.: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | C | DATE INCURRED:  **11/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$463.00** |
| ACCT #:  **x xxxxunts**<br>**Singleton Associates PA**<br>**12951 South Fwy**<br>**Houston, TX 77047-1920** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS:<br>**717829-QSAPA & 669797-SAPA** | | | | **$24.30** |
| **Representing:**<br>**Singleton Associates PA** | | | **Business Revenue Systems, Inc.**<br>**PO Box 13077**<br>**Des Moines, IA 50310-0077** | | | | **Notice Only** |
| ACCT #:  **xxxxxx0158**<br>**St. Lukes**<br>**P.O. Box 20805**<br>**Houston, Texas 77225-0805** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$1,730.00** |
| **Representing:**<br>**St. Lukes** | | | **Collection Bureau, Inc**<br>**3003 South Loop West, Suite 340**<br>**P.O. Box 20668**<br>**Houston, Texas 77225-0668** | | | | **Notice Only** |
| ACCT #:  **xxxxxx0442**<br>**St. Lukes Episcopal**<br>**P.O. Box 4288**<br>**Houston, Texas 77210** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$589.70** |

Sheet no. ____**6**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$2,807.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Ferguson**                                    Case No.    **09-39031-H5-13**
      **Pamela Ferguson**                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **St. Lukes Episcopal** | | | **Collection Bureau, Inc** **3003 South Loop West, Suite 340** **P.O. Box 20668** **Houston, Texas 77225-0668** | | | | **Notice Only** |
| **Representing:** **St. Lukes Episcopal** | | | **PFS Group** **7670 Woodway Dr., Ste. 250** **Houston, TX 77063** | | | | **Notice Only** |
| ACCT #:  **xx9238** **STC Solutions, Inc.** **P.O. Box 8457** **Gray, TN 37615** | C | | DATE INCURRED: CONSIDERATION: **Collecting for - Palisades Acquistions** REMARKS: | | | | **$45.68** |
| ACCT #:  **xxx1409** **University Care Plus** **P.O. Box 201088** **Houston, Texas 77216-1088** | C | | DATE INCURRED: CONSIDERATION: **Medical Bill** REMARKS: | | | | **$206.94** |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____7____ of ____7____ continuation sheets attached to            Subtotal >    | **$252.62** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >    | **$27,191.81** |
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Robert Ferguson**                                    Case No.   **09-39031-H5-13**
      **Pamela Ferguson**                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Robert Ferguson**                                        Case No.   **09-39031-H5-13**
      **Pamela Ferguson**                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Robert Ferguson**                                   Case No.  **09-39031-H5-13**
       **Pamela Ferguson**                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Married** | Relationship(s):  Son        Age(s): 14 Years | Relationship(s):        Age(s): | |

| Employment: | Debtor | Spouse | |
|---|---|---|---|
| Occupation | Supervisor | Unemployed | |
| Name of Employer | Home Depot | | |
| How Long Employed | 15 Years | | |
| Address of Employer | 14440 Hilcroft | | |
| | Houston, Texas 77085 | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,399.65 | $0.00 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$2,399.65** | **$0.00** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $140.83 | $0.00 |
| b. Social Security Tax | $158.75 | $0.00 |
| c. Medicare | $37.11 | $0.00 |
| d. Insurance | $141.05 | $0.00 |
| e. Union dues | $0.00 | $0.00 |
| f. Retirement | $0.00 | $0.00 |
| g. Other (Specify) _____ | $0.00 | $0.00 |
| h. Other (Specify) _____ | $0.00 | $0.00 |
| i. Other (Specify) _____ | $0.00 | $0.00 |
| j. Other (Specify) _____ | $0.00 | $0.00 |
| k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$477.74** | **$0.00** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$1,921.91** | **$0.00** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
| a. _____ | $0.00 | $0.00 |
| b. _____ | $0.00 | $0.00 |
| c. _____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,921.91** | **$0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$1,921.91** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Robert Ferguson**           Case No.   **09-39031-H5-13**
       **Pamela Ferguson**                                         (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | |
|     a. Are real estate taxes included?   ☑ Yes    ☐ No | |
|     b. Is property insurance included?   ☑ Yes    ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|              b. Water and sewer | $45.00 |
|              c. Telephone | |
|              d. Other:  Cell Phone | $99.00 |
| 3. Home maintenance (repairs and upkeep) | $40.00 |
| 4. Food | $250.00 |
| 5. Clothing | $45.00 |
| 6. Laundry and dry cleaning | $10.00 |
| 7. Medical and dental expenses | $15.00 |
| 8. Transportation (not including car payments) | $160.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $35.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | |
|          c. Health | |
|          d. Auto | $35.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto: | |
|          b. Other: | |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Household Supplies & Toiletries | $20.00 |
| 17.b. Other: Pet Expenses | $40.00 |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,**    **if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$994.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Joint Debtor is looking for full time employment.**

| 20. STATEMENT OF MONTHLY NET INCOME | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $1,921.91 |
| b. Average monthly expenses from Line 18 above | $994.00 |
| c. Monthly net income (a. minus b.) | $927.91 |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Robert Ferguson**          Case No.    **09-39031-H5-13**
       **Pamela Ferguson**

                                    Chapter     **13**


## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $82,868.00 | | |
| B - Personal Property | Yes | 6 | $45,722.47 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $76,998.20 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $2,910.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $27,191.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,921.91 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $994.00 |
| TOTAL | | 25 | $128,590.47 | $107,100.01 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re **Robert Ferguson**
**Pamela Ferguson**

Case No.   **09-39031-H5-13**

Chapter   **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $14,023.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$14,023.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$1,921.91** |
| Average Expenses (from Schedule J, Line 18) | **$994.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$2,252.11** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $7,333.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $2,910.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $27,191.81 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $34,524.81 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Robert Ferguson**              Case No. __**09-39031-H5-13**_____
     **Pamela Ferguson**                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **12/09/2009**_____          Signature  _**/s/ Robert Ferguson**_____
                                                                **Robert Ferguson**

Date  **12/09/2009**_____          Signature  _**/s/ Pamela Ferguson**_____
                                                               **Pamela Ferguson**
                                       [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*